UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
GREGORY BURKE *at al.*                     :
                                           :
    Plaintiffs,                            :
                                           :
vs.                                        :  Civil Action No.: 18-CV-10875-KPF
                                           :
HOME BOX OFFICE, INC.                      :
                                           :
    Defendant.                             :
---------------------------------------------------------------x

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant Home Box Office, Inc., by and through their respective undersigned counsel, jointly stipulate to the dismissal, *with prejudice*, of all claims by the following Plaintiffs, with each party to bear its own costs and attorneys' fees: Gregory Burke; Aaron Fernandez; Joseph Gilbert; Rashford Grant; Winston Hamilton; Alphonso Hart; Christopher Lamar; Oliver Martinez; Leamon Mincey; Luis Sanata Perez; Eliezer Ruiz; Rex Salmon; Ray Seebaran; and Rufus Thomas.

**STIPULATED AND AGREED:**

| **VALLI KANE & VAGNINI LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| */s/ Matthew L. Berman* | */s/ Jason D. Burns* |
| James Vagnini, Esq. | Christopher A. Parlo |
| Matthew L. Berman | Jason D. Burns |
| 600 Old Country Road, Suite 519 | 101 Park Avenue |
| Garden City, New York 11530 | New York, NY 10178 |
| Telephone: (516) 203-7180 | Telephone: (212) 309-6000 |
| Facsimile: (516) 279-6709 | Facsimile: (212) 309-6001 |
| jvagnini@vkvlawyers.com | chris.parlo@morganlewis.com |
| mberman@vkvlawyers.com | jason.burns@morganlewis.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendant Home Box Office, Inc.* |
| Dated: August 2, 2019 | Dated: August 2, 2019 |

Dated:   August 5, 2019
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE